DENTACURE COMPANY, appellant,

*v.*

THE NEW JERSEY STATE DENTAL SOCIETY, respondent.

[Filed March 6th, 1899.]

On appeal from an order advised by Vice-Chancellor Stevens, whose opinion is reported in *New Jersey State Dental Society* v. *Dentacure Co., 12 Dick. Ch. Rep. 593.*

*Mr. Edward A. Day,* for the appellant.

*Mr. Halsey M. Barrett,* for the respondent.

PER CURIAM.

The decree appealed from is affirmed, for the reasons given in the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, DEPUE, VAN SYCKEL, DIXON, GARRISON, LIPPINCOTT, GUMMERE, LUDLOW, COLLINS, BOGERT, NIXON, HENDRICKSON, ADAMS, VREDENBURGH—14.

*For reversal*—None.